**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __1ST__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: JAMES LABARBERA  JOINT DEBTOR: ANDREA LABARBERA  CASE NO.: 17-14459-JKO
Last Four Digits of SS# 1533  Last Four Digits of SS# 1232

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 200.00 for months 1 to 20;
    B.    $ 288.50 for months 21 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00  TOTAL PAID $ 937.00
    Balance Due  $ 2,563.00  payable $ 181.81 /month (Months 1 to 14)
    and $ 17.66 /month (Months 15 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date  $_____
Address: _____  Arrears Payment  $_____/month (Months ___ to ___)
_____  Regular Payment  $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0% | $0 | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due  $_____
    Payable  $_____/month (Months ___ to ___)

Unsecured Creditors:    Pay $ 164.15 /month (Months 15 to 15); and
    Pay $ 181.81 /month (Months 16 to 20); and
    Pay $ 262.27 /month (Months 21 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtors are surrendering the homestead property located on 2100 NW 105 Lane Coral Springs FL 33071 directly to secured creditors, Cap One Na (7217) and Donald Schlichtmann (2698), outside of this plan.

2. The Debtors are surrendering their interest in the residential property located on 424 NW 97 Ave Plantation FL 33324 directly to secured creditor, Ditech Financial (1122), outside of this plan.

3. The Debtors are making monthly auto lease payments on the 2016 Mercedes Benz C300 directly to secured creditor, Mb Fin Svcs (4001), outside of this plan and will assume the lease.

4. In the event the debtors recover any non-exempt proceeds from their pending disability claim, those proceeds will be turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

    /s/ **FILED ECF**  _____  Date: May 30, 2017
Nowack &Olson, PLLC with knowledge and consent of the Debtor(s)

LF-31 (rev. 12/01/09)